# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DEMUS LUSHAN PETERSON,**<br><br>Petitioner,<br><br>v.<br><br>ERIC ARNOLD (Warden),<br><br>Respondent. | **Case No. ED CV 17-00610-VBF-SHK**<br>**ORDER**<br><br>Overruling Petitioner's Objections;<br>Adopting the Report & Recommendation;<br><br>Denying the Habeas Corpus Petition;<br><br>Dismissing the Action With Prejudice;<br>Directing Separate COA Ruling;<br>Directing Entry of Final Judgment;<br><br>Terminating and Closing Action (JS-6) |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("petition") (CM/ECF Document ("Doc") 1), respondent's answer (Doc 11), the state-court documents lodged by respondent in paper form (listed at Doc 12), the Report and Recommendation ("R&R") issued by the United States Magistrate Judge pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on December 11, 2017 (Doc 15), petitioner's objections to the R&R (Doc 20), and the applicable law. "Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time. Accordingly, the Court proceeds to the merits without

waiting further." *Ruelas v. Muniz*, 2016 WL 540769, *1 (C.D. Cal. Feb. 9, 2016).

**"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R."** *Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016). **The Court finds discussion of the objections unnecessary on this record.** "The Magistrates Act 'merely requires the district judge to make a de novo determination of those. . . specified proposed findings or recommendations to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections. *MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (quoting *US v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir.) (per curiam)), *cert. denied*, 137 S. Ct. 162 (2016)). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendations.

### ORDER

Petitioner's objection **[Doc # 20] is OVERRULED.**

The Magistrate Judge's Report and Recommendation **[Doc # 15] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

The Court will rule on a certificate of appealability by separate order.

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED (JS-6).**

Dated: March 7, 2018

*/s/ Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
Senior United States District Judge