JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DEMUS LUSHAN PETERSON,<br>　　　　Plaintiffs,<br>　v.<br>ERIC ARNOLD (Warden),<br>　　　　Respondent. | No. ED CV 17-00610-VBF<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Demus Lushan Peterson.**

IT IS SO ADJUDGED.

Dated: March 7, 2018

　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　Senior United States District Judge